**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2813*

October 6, 2026

**Via Electronic Filing**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *Shehadeh v. Mullin,* No. 26-cv-12715 (BRM) (LDW)**
**Request for Seven-Day Extension**

Dear Judge Martinotti:

This Office represents the Secretary of Homeland Security in his official capacity ("DHS") in this action filed under Rule 41(g) of the Federal Rules of Criminal Procedure seeking return of Plaintiff's property. We respectfully write to request a seven-day extension of time to respond to Plaintiff's Rule 41(g) motion. *See* ECF No. 3. If granted, the new response deadline would be October 13, 2026.

We respectfully submit that good cause exists to grant this request. This Office is currently in the process of conferring with DHS on a response to Plaintiff's 41(g) motion, while simultaneously evaluating a possible resolution of this action, including the return of Plaintiff's phone, by the end of this week. In sum, a seven-day extension would allow DHS sufficient time to prepare a complete response to the motion while at the same time exploring a potential resolution of this matter without the need to expend the Court's and the parties' limited resources in litigation. This is the first request for an extension of the response deadline. Plaintiff's counsel does not consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
JOHN F BASIAK JR.
Counsel to the United States Attorney
Chief, Civil Division
DAVID INKELES
Deputy Chief, Civil Division
Assistant United States Attorneys
*Attorneys for DHS*

cc: Counsel of Record (*via electronic filing*)

SO ORDERED,

______________________________
BRIAN R. MARTINOTTI, USDJ
DATED: 10/07/2026