# Exhibit

## Declaration of Supervisory Customs and Border Protection Officer

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JALAL SHEHEADEH,<br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN,<br>Defendant. | Civil Action No. 26-cv-12715<br>(Martinotti, J.) |

**DECLARATION OF WILLIAM COMERFORD**

I, WILLIAM COMERFORD, declare as follows:

1. I am a Supervisory Customs and Border Protection Officer at U.S. Customs and Border Protection ("CBP") within the U.S. Department of Homeland Security ("DHS"). I have been employed by CBP for 18 years and have held this position since November 2019. I am familiar with the facts surrounding the detention and return of Plaintiff's cellphone and have prepared this declaration in connection with a Motion for Return of Property filed by Plaintiff Jalal Shehadeh.

2. On September 17, 2026, Plaintiff arrived at Newark Liberty International Airport, aboard United Airlines Flight # 85 from Palestine. Pursuant to CBP's border search authority, a CBP Officer detained Plaintiff's electronic device, a Samsung Galaxy Z Fold 7 cellphone.

3. On October 6, 2026, CBP returned Plaintiff's cellphone by shipping the device, via UPS, to Plaintiff's Florida address under tracking number 1ZV9054R3596158586.

4. According to tracking information on the UPS website, the cellphone was delivered on October 8, 2026 at 2:28pm.

5. Attached hereto as Exhibit A is a true and correct copy of a screenshot taken from the UPS tracking website.

6. CBP did not extract or retain any data from Plaintiff's cellphone.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this 13th October 2026.

U.S. Customs and Border Protection