**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2813*

November 4, 2026

**Via Electronic Filing**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Shehadeh v. Mullin,* No. 26-cv-12715 (BRM) (LDW)**
**Request to Reschedule Telephonic Conference (On Consent)**

Dear Judge Wettre:

This Office represents the Secretary of Homeland Security in his official capacity ("DHS") in this action filed under Rule 41(g) of the Federal Rules of Criminal Procedure. We respectfully write, with the consent of Plaintiff, to request that the Court reschedule the telephonic conference scheduled for Friday, November 6, 2026, at 3:30 p.m., due to a pre-existing conflict—a child's first birthday. The parties have conferred, and we respectfully propose that the Court reschedule the conference for tomorrow, November 5, after 2:00 p.m.; Friday, November 6, before 2:30 p.m.; or early next week at a time most convenient for the Court. This is the first request to reschedule the telephonic conference, and we thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for DHS*

cc: Counsel of Record (*via electronic filing*)