**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: 973-645-2700*
*direct: 973-645-2813*

November 20, 2026

**<u>Via Electronic Filing</u>**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**SO ORDERED.**

***s/ Leda Dunn Wettre, U.S.M.J.***

**Dated:** 11/23/2026

**Re: *Shehadeh v. Mullin,* No. 26-cv-12715 (BRM) (LDW)**
**Joint Status Update**

Dear Judge Wettre:

This Office represents the Secretary of Homeland Security in his official capacity ("DHS") in this action filed under Rule 41(g) of the Federal Rules of Criminal Procedure. We respectfully write, on behalf of all parties, to provide this status update proposing next steps following the status conference on November 6, 2026.

At that conference, the Court indicated that it was interested in the parties' views on whether discovery is appropriate to resolve Plaintiff's pending Rule 41(g) motion. The parties have conferred, and DHS has agreed to provide a supplemental declaration addressing the concerns raised in Plaintiff's reply in support of the Rule 41(g) motion, with the hope that the information contained in that declaration will avoid the need to litigate the discovery issue. DHS anticipates filing the supplemental declaration on or before December 4, 2026. Thereafter, we respectfully request that the Court permit additional time for the parties to meet and confer regarding the discovery issue and set a deadline for a further status update by December 11, 2026, in which the parties will indicate if we were able to resolve this matter or propose a schedule for briefing on whether discovery is appropriate.

Should the Court agree with this proposed schedule, we respectfully request that the Court "so order" this letter or enter a text order memorializing these dates on the docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for DHS*

cc: Counsel of Record (*via electronic filing*)